CLARK and Others *v.* BLACKER.—In error.

THIS was an appeal from the judgment of a justice of the peace to the *Tippecanoe* Circuit Court. The record only shows us that, on motion, in the Circuit Court, the appeal was dismissed. There is no bill of exceptions disclosing the grounds of the decision of the Court, nor does it appear that any exception was taken to the decision at the time at which it was made. It must, therefore, be presumed that the judgment of the Circuit Court was correct.